# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN L. HILL,**

        **Petitioner,**

**-vs-**                                   **Case No. 6:12-mc-9-Orl-28GJK**

**INTERNAL REVENUE SERVICE,**

        **Respondent.**

_____

## ORDER

This case is before the Court on Petitioner's Motion to Quash I.R.S. Summons (Doc. No. 1) filed January 19, 2012, and the United States' Motion to Dismiss Petition to Quash Summons (Doc. No. 3) filed February 3, 2012.. The United States Magistrate Judge has submitted a report recommending that the Motion to Quash be denied as moot and the Motion to Dismiss be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 16, 2012 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Petitioner's Motion to Quash is **DENIED as moot.**

3. The United States' Motion to Dismiss is **GRANTED**.

4. This case is dismissed and the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_15th\_\_\_ day of May, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge